# Court of Appeals
# of the State of Georgia

ATLANTA,  October 28, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0467.  SMITH v. JARRARD et al.**

The above-styled appeal was docketed in this Court on September 25, 2019. Pursuant to Rule 23 (a) of the Court of Appeals, the brief of the Appellant was to be filed in this Court by October 15, 2019. As of the date of this order, the Appellant has not filed a brief and he has not filed a motion for extension for good cause.

Therefore, this appeal is DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/28/2019*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*